IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LESLY NERK PIERRE JUNIOR,**<br>     Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | EP-26-CV-00227-DB |
| **PAM BONDI,** *U.S. Attorney General, et al.,*<br>     Respondents. | §<br>§<br>§<br>§ | |

## ORDER LIFTING STAY OF REMOVAL UNTIL MARCH 1, 2026

On this day, the Court *sua sponte* considered the above captioned case. On January 29, 2026, Petitioner Lesly Nerk Pierre Junior filed a *pro se* "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, By A Person Subject to Indefinite Immigration Detention," ECF No. 1. On September 9, 2026, Petitioner received a final order of removal that became administratively final that same day. *Id.* at 4. Among other arguments, Petitioner is seeking release from immigration custody because they aver their detention has become impermissibly prolonged and there is no significant likelihood that they will be removed in the reasonably foreseeable future. *Id.* at 5.

On February 4, 2026, Respondents filed "Federal Respondents' Response to Petitioner's Writ of Habeas Corpus," ECF No. 5. In their response, Respondents assert they "are making continuous efforts to obtain necessary travel documents from the United Kingdom so that Petitioner may be removed." ECF No. 5 at 5. ICE has regularly communicated the British consulate to secure appropriate travel documentation and has also been working to get approval for funds to pay the required fee. *Id.* Once the travel document is issued, ICE anticipates no impediments to the timely execution of Petitioner's removal order. *Id.*

At this time, the Court reserves ruling on the merits of Petitioner's writ. However, based on Respondents' assertions in their Response, ECF No. 5, good cause exists to temporarily lift the stay of removal issued by this Court on January 30, 2026, in ECF No. 3.

Accordingly, **IT IS HEREBY ORDERED** this Court's order to "NOT (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed" issued on January 30, 2026, in ECF No. 3, is **LIFTED** until March 15, 2026, at 11:59 p.m.

**IT IS FURTHER ORDERED** this Court's order to "NOT (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed" issued on January 30, 2026, in ECF No. 3, is automatically **REINSTATED** at 12:00 a.m. on March 16, 2026.

**IT IS FURTHER ORDERED** Respondents **SHALL FILE** a status advisory either (1) advising removal from the United States was effectuated, or (2) advising of Petitioner's custody status as well as the status of removal efforts, including but not limited to all steps taken to effectuate removal and any impediments to date <u>no later than March 16, 2026</u>.

**SIGNED** this **6th** day of **February 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE