## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **LESLY NERK PIERRE JUNIOR,** | § | |
|    **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-00227-DB** |
| | § | |
| **PAM BONDI,** *U.S. Attorney General, et al.,* | § | |
|    **Respondents.** | § | |
| | § | |

## FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On March 16, 2026, Respondents filed an "Advisory to the Court," ECF No. 8, advising Petitioner had been removed from the United States pursuant to a final order of removal on March 13, 2026. Given Petitioner's "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, By A Person Subject to Indefinite Immigration Detention," ECF No. 1, challenged their prolonged detention and removal has now been effectuated, the Court finds the Petition is moot. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** Petitioner Lesly Nerk Pierre Junior's "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, By A Person Subject to Indefinite Immigration Detention," ECF No. 1, is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** any pending motions in this case are **DENIED AS MOOT.**

**IT IS FINALLY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **17th** day of **March 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**